In the Matter of MARY McALLEN, Respondent, against JAMES MARSHALL et al., Constituting the Retirement Board of the Board of Education Retirement System of the City of New York, Appellants.

Argued December 1, 1943; decided January 6, 1944.

Ignatius M. Wilkinson, Corporation Counsel (Nicholas Bucci, James H. Prothero and Edna Glassman of counsel), for appellants.

David A. Savage and John F. O'Shea for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.